# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZOMBA RECORDING LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

   Plaintiffs,

vs.

CIARA MICHELE SAURO,

   Defendant.

**ELECTRONICALLY FILED**

CIVIL ACTION NO. 2:08-cv-01327-GLL

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

  1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

  2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Cry Me a River," on album "Justified," by artist "Justin Timberlake" (SR# 319-834);

- "Slipped Away," on album "Under My Skin," by artist "Avril Lavigne" (SR# 332-312);

- "Stan," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);

- "Toxic," on album "In the Zone," by artist "Britney Spears" (SR# 335-267);

- "I Slept With Someone In Fall Out Boy And All I Got Was This Stupid Song," on album "From Under The Cork Tree," by artist "Fall Out Boy" (SR# 371-909);

- "Lonely," on album "Trouble," by artist "Akon" (SR# 361-456);

- "American Idiot," on album "American Idiot," by artist "Green Day" (SR# 362-125);

- "I'm Not a Girl, Not Yet a Woman," on album "Britney," by artist "Britney Spears" (SR# 301-907);

- "Forgot About Dre," on album "2001," by artist "Dr. Dre" (SR# 277-983);

- "Hollaback Girl," on album "Love.Angel.Music.Baby.," by artist "Gwen Stefani" (SR# 364-759);

2

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

4. The Clerk of Court is hereby directed to close this case for statistical purposes.

DATED: 11/26/08

By: _____
Hon. Gary L. Lancaster
United States District Judge